IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| A. DENISE ALDRIDGE and CYRUS ALDRIDGE through his next friend A. Denise Aldridge,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO: 1:16-cv-01247-SCJ |

## PLAINTIFFS' TIME SENSITIVE MOTION TO FILE EXCESS PAGES AND FOR AN EXTENSION OF TIME

COME NOW, Plaintiffs A. Denise Aldridge and Cyrus Aldridge ("Plaintiff") by and through their undersigned counsel of record and pursuant to Local Rule 7.1(D) hereby file their Motion to File Excess Pages. Plaintiffs respectfully request that the Court grant their Motion pursuant to LR 7.1 (D), and enlarge the page limitation from 15 to 25 pages for their Response Brief In Opposition to Travelers's Motion for Summary Judgment Motion and In Support of Their Cross Motion for Summary Judgment. In support of their Motion, Plaintiffs call the Court's attention to the extensive factual record in this matter

which must be addressed in their brief, but which leaves very little room in a 15-page brief for their legal arguments.

Plaintiffs further move this Court pursuant to FRCP 6(b) (1) (A) for a one-day extension of the due date for filing their Response and Cross Motion in this matter, so that the new due date would be Tuesday, July 3, 2018. In support of this Motion, counsel for Plaintiffs shows that this week's heavy thunderstorms caused several power outages, each lasting a few hours but cumulatively reducing her ability to work on this matter for a period of time approximating the one-day extension now being requested.

Respectfully submitted this 1st day of July, 2018.

*/s/ Susan C. Atkinson*
Susan C. Atkinson
Georgia Bar No. 026930

Attorney for Plaintiffs


ATKINSON LAW, LLC
144 Vidal Boulevard
Decatur, Georgia 30030
(404) 370-9497
(404) 377-6767 (fax)
susan@atkinson.net

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| A. DENISE ALDRIDGE and CYRUS ALDRIDGE through his next friend A. Denise Aldridge, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO: 1:16-cv-01247-SCJ |
| TRAVELERS HOME AND MARINE INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF FONT TYPE, SIZE AND SERVICE

THIS IS TO CERTIFY that on this day, I presented this document in Times New Roman 14-point type in accordance with L.R. 5.1(C) and that I electronically filed the foregoing **"PLAINTIFF'S TIME SENSITIVE MOTION TO FILE EXCESS PAGES AND FOR AN EXTENSION OF TIME"** with the Clerk of Court, using the CM/ECF System which will automatically notify all attorneys of record.

This the 1ST day of July, 2018.

*/s/ Susan C. Atkinson*
Susan C. Atkinson
Georgia Bar No. 026930
Attorney for Plaintiffs

ATKINSON LAW, LLC
144 Vidal Boulevard
Decatur, Georgia 30030
(404) 370-9497
(404) 377-6767 (fax)
susan@atkinson.net

4